

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00591-CV

**IN RE** Firas Hashem **ISSA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  December 5, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

This court's opinion dated October 3, 2012 is withdrawn, and this opinion is issued in its place.  The motion for rehearing filed by relator is denied.

On September 13, 2012, relator Firas Hashem Issa filed a petition for writ of mandamus asserting the trial court abused its discretion in (1) entering the July 31, 2012 Temporary Orders, and (2) denying relator's Motion to Reconsider Temporary Orders.

However, mandamus will issue only to correct a clear abuse of discretion for which the relator has no adequate remedy at law.  *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004) (orig. proceeding).  Relator has failed to establish the trial court has abused its discretion by entering the temporary orders.  Accordingly, relator failed to establish that he is

---

[1] This proceeding arises out of Cause No. 2011-CI-01104, styled *In the Interest of NMI and SEI, Children*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon J. Casseb, III presiding.

entitled to the mandamus relief sought and the petition for writ of mandamus is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM